JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 784 -- In re Suzuki Samurai Products Liability Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/08/11 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- Plaintiffs Merrick Shuster, Salwa Ganem, Randy E. Albert and Ronald Afarian for transfer of actions for pretrial proceedings w/cert. of svc. -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT: C.D. California (ds) |
| 88/08/23 |  | APPEARANCES: DAVID BERGER, ESQ. for Merrick J. Shuster, Salwa Ganem, Randy E. Albert, and Ronald Afarian; HAROLD KOHN, ESQ. for William Dixon; LEONARD BARRACK, ESQ. for Harold Kay; ARNOLD LEVIN, ESQ. for Rose Storey; BRUCE COHEN, ESQ. for John Sacco; ROBERT ROSEMAN, ESQ. for Daniel Radelheim; and HARRY A. SHORT, JR., ESQ. for Suzuki Motor Co., Ltd., U.S. Suzuki Motor Corp., Rogers and Associates, and Keye/Donna/Pearlstein (cds) |
| 88/08/25 | 2 | LETTER (re non-receipt of pldg. #1) -- signed by Dianne M. Nast, counsel for pltf. William Dixon (cds) |
| 88/08/26 | 3 | LETTER (re pldg. #2) -- signed by Howard Langer, counsel for movants (cds) |
| 88/08/26 | 4 | RESQUEST FOR EXTENSION OF TIME -- pltf. William Dixon -- GRANTED TO ALL PARTIES TO AND INCLUDING SEPTEMBER 12, 1988 (cds) |
| 88/09/12 | 5 | RESPONSE/MEMORANDUM -- defts. Suzuki Motor Co., Ltd., U.S. Suzuki Motor Corp., Rogers and Associates and Keye/Dona/Pearlstein w/exhibits A thru C and cert. of svc. (ds) |
| 88/09/12 | 6 | RESPONSE/MEMRANDUM (jointly filed by pltfs.)-- pltfs. William Dixon, Harold Kay, Rose Storey, Todd Albert, et al., John Sacco, Philip M. Colicchio, Daniel Redelheim, (Richard Albright, Cooperstein and Long -- not parties to this motion) w/exhibits A thru C and cert. of svc. (ds) |
| 88/10/07 |  | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA (cds) |
| 88/11/04 | 7 | SUPPLEMENTAL MEMORANDUM -- pltfs. Randy E. Albert, Ronald Afarian, Merrick J Shuster, Salwa Ganen and Tom Hesselbein -- w/cert. of service (cds) |

784

| | | |
|---|---|---|
| 88/11/16 | | HEARING APPEARANCES: (Hearing on 11/17/88 in New Orleans, Louisiana) -- DAVID H. WEINSTEIN, ESQ. for William Dixon, Harold Kay, Rose Storey, Todd and Bonnie Albert, John Sacco, Philop M. Colicchio, Daniel Redelheim, Mike V. Cooperstein and Richard H. Albright, Jr. and HARRY A. SHORT, JR., ESQ. for Suzuki Motor Co., Ltd., U.S. Suzuki Motor Corp., American Suzuki Motor Corp., Rogers and Associates and Keye/Donna/Pearlstein (rh) |
| 88/11/16 | | WAIVER OF ORAL ARGUMENT: (Hearing on 11/17/88 in New Orleans, Louisiana) -- Randy E. Albert, Ronald Afarian, Merrick J. Shuster, Salwa Ganen and Tom Hesselbein (rh) |
| 88/11/29 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Eastern District of Pennsylvania to the Hon. John P. Fullam for pretrial proceedings (rh) |
| 88/11/29 | | TRANSFER ORDER -- Transferring A-1, A-2, A-3, A-4 to the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 88/12/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-13 Charles W. Hahn, etc. v. American Suzuki Motor Corp., et al., N.D. Illinois, C.A. No. 88C5974; B-14 Jeffrey Epstein, etc. v. American Suzuki Motor Corp., et al., N.D. Illinois, C.A. No. 88C5975; B-15 David B. Glick, etc. v. American Suzuki Motor Corp., et al., N.D. Illinois, C.A. No. 88C5976 and B-16 Toby Glickman, etc. v. American Suzuki Motor Corp., et al., N.D. Illinois, C.A. No. 88C5981 -- Notified involved counsel and judges (rh) |
| 88/12/27 | 8 | LETTER (Additional Information ) -- re: B-13 Hahn, B-14 Epstein, B-15 Glick and B-16 Glickman w/svc. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 784 -- _____

| Date | Ref. | Pleading Description | | |
|---|---|---|---|---|
| 89/01/04 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-13 thru B-16 listed below. Notified involved clerks and judges. (ds) | | |
| | | B-13 | Charles W. Hahn, etc. v. American Suzuki Motor Corp., et al. 12-16-88 | N.D.Ill. Zagel | 88C5974 |
| | | B-14 | Jeffrey Epstein, etc. v. American Suzuki Motor Corp., et al. 12-16-88 | N.D.Ill. Zagel | 88C5975 |
| | | B-15 | David B. Glick, etc. v. American Suzuki Motor Corp., et al. 12-16-88 | N.D.Ill. Zagel | 88C5976 |
| | | B-16 | Toby Glickman, etc. v. American Suzuki Motor Corp., et al. 12-16-88 | N.D.Ill. Zagel | 88C5981 |
| 89/01/04 | 9 | LETTER (responding to pldg. #8) -- (re: B-16 Toby Glickman) -- signed by Lawrence Walner, Esq. counsel for pltf. Toby Glickman, etc. (ds) | | |

JPML Form 1

Revised: 8/78

DOCKET NO. 784 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Suzuki Samurai Products Liability Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 17, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | November 29, 1988 | TO | Unpublished  313 | E.D. Pennsylvania | Hon. John P. Fullam | |

Special Transferee Information

DATE CLOSED: 3/27/90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Transferee Dist. - E.D. Pennsylvania
Transferee Judge - Hon. John P. Fullam

DOCKET NO. 784 -- In re Suzuki Samurai Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Merrick J. Shuster v. American Suzuki Motor Corp, etc., et al. | Cal.,C. Letts | SACV-88-410-JSL (RWRx) | 11-29-88 | 88-9573 | 4/3/89D | ✓ |
| A-2 | Salwa Ganem v. American Suzuki Motor Corp., etc., et al. | Cal.,C. ~~Hatter~~ Letts | 88-04469-JSL (RWRx) | 11-29-88 | 88-9574 | 4/3/89D | ✓ |
| A-3 | Randy E. Albert v. American Suzuki Motor Corp., etc., et al. | Cal.,C. Stotler | SACV-88-0409-AHS (RWRx) | 11-29-88 | 88-9572 | 4/3/89D | |
| A-4 | Ronald Afarian v. American Suzuki Motor Corp., et al. | N.J. Lechner | 88-2584 | 11-29-88 | 88-9438 | 4/3/89D | ✓ |
| A-5 | William Dixon, etc. v. Suzuki Motors Co., Ltd., et al. | Pa.,E. Fullam | 88-4631 | | | 7/14/89D | |
| A-6 | Harold Kay, etc. v. Suzuki Motors Co., Ltd., et al | Pa.,E. Fullam | 88-4677 | | | 7/14/89D | |
| A-7 | Rose Storey v. Suzuki Motors Co., Ltd., et al | Pa.,E. Fullam | 88-4763 | | | 7/14/89D | |
| A-8 | Todd Albert, et al. v. Suzuki Motors Co., Ltd., et al. | Pa.,E. Fullam | 88-4841 | | | 7/14/89D | |
| A-9 | John Sacco v. Suzuki Motors Co., Ltd., et. al. | Pa.,E. Fullam | 88-4921 | | | 7/14/89D | |
| A-10 | Philip M. Colicchio, etc. v. Suzuki Motors Co., Ltd., et al. | Pa.,E. Fullam | 88-4959 | | | 7/14/89D | |
| A-11 | Daniel Redelheim, etc. v. Suzuki Motors Co., Ltd., et al. | Pa.,E. Fullam | 88-5034 | | | 7/14/89D | |
| XYZ-12 | Gary Long, etc. v. Suzuki Motors Co., Ltd., et al. | Pa.,E. | 88-6255 | | | 7/14/89/D | |

DOCKET NO. 784 -- In re Suzuki Samurai Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-13 | Charles W. Hahn, etc. v. American Suzuki Motor Corp., et al. 12-16-88 | N.D.Ill. Zagel | 88C5974 | 1/4/89 | 88-4185 | | D |
| B-14 | Jeffrey Epstein, etc. v. American Suzuki Motor Corp., et al. 12-16-88 | N.D.Ill. Zagel | 88C5975 | 1/4/89 | 89-4264 | | |
| B-15 | David B. Glick, etc. v. American Suzuki Motor Corp., et al. 12-16-88 | N.D.Ill. Zagel | 88C5976 | 1/4/89 | 89-4304 | | |
| B-16 | Toby Glickman, etc. v. American Suzuki Motor Corp., et al. 12-16-88 | N.D.Ill. Zagel | 88C5981 | 1/4/89 | 89-4236 | | |
| XYZ-17 | Mike V. Cooperstein, etc. v. Suzuki Motors Co., Ltd., et al. | E.D.Pa. Fullam | 88-5825 | | | 7/14/89 D | |
| XYZ-18 | Richard H. Albright, Jr., etc. v. Suzuki Motors Co., Ltd. | E.D.Pa. | 88-5383 | | | 7/14/89 | |

July 1989 - 8 TR / 10 XYZ / 18 Pending
July 1990 - 18 Dis / Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 784 -- In re Suzuki Samurai Products Liability Litigation

---

MERRICK J. SHUSTER (A-1)
SALWA GANEM (A-2)
RANDY E. ALBERT (A-3)
RONALD AFARIAN (A-4)
David Berger, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

WILLIAM DIXON (A-5)
Harold Kohn, Esq.
Kohn, Savett, Klein & Graf, P.C.
1101 Market Street, Suite 2400
Philadelphia, PA 19107

HAROLD KAY (A-6)
Leonard Barrack, Esq.
Barrack, Rodos & Bacine
Suite 2100
1845 Walnut Street
Philadelphia, PA 19103

ROSE STOREY (A-7)
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
320 Walnut Street, Suite 600
Philadelphia, PA 19106

TODD ALBERT, ET AL. (A-8)
(NO APPEARANCE RECEIVED)
Bernard Gross, Esq.
Gross, Sklar & Metzger
1500 Walnut Street, 6th Floor
Philadelphia, PA 19102

JOHN SACCO (A-9)
Bruce E. Cohen, Eq.
Meredith & Cohen, P.C.
22nd Floor, Architects Bldg.
117 S. 17th Street
Philadelphia, PA 19103

PHILIP M. COLICCHIO (A-10)
(NO APPEARANCE RECEIVED)
Richard Greenfield, Esq.
Greenfield & Chimicles
One Haverford Center
361 W. Lancaster Avenue
Haverford, PA 19041

DANIEL RADELHEIM (A-11)
Robert Roseman, Esq.
Rudolph, Seidner, Goldstein,
  Roschestle & Salmon
300 Lewis Tower Building
Philadelphia, PA 19102

SUZUKI MOTOR CO., LTD.
U.S. SUZUKI MOTOR CORP.
ROGERS AND ASSOCIATES
KEYE/DONNA/PEARLSTEIN
Harry A. Short, Jr., Esq.
Liebert, Short, Fitzpatrick & Hirshland
1200 One Franklin Plaza
Philadelphia, PA 19103

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __784__ -- In re Suzuki Samurai Products Liability Litigation

---

CHARLES W. HAHN, ETC. (B-13)
Burton I. Weinstein, Esq.
Baskin, Server, Berke & Weinstein
20 North LaSalle Street, Suite 1900
Chicago, IL  60602

Michael J. Freed, Esq.
Michael B. Hyman, Esq.
Much Shelist Freed Denenberg
  Ament & Eiger, P.C.
200 N. LaSalle Street
Chicago, IL  60601-1095

Marvin Miller, Esq.
Washlow Chertow & Miller
30 N. LaSalle Street
Chicago, IL  60602


JEFFREY EPSTEIN, ETC. (B-14)
Siegan & Weisman, Ltd.
200 W. Adams Street
Suite 901
Chicago, IL  60606

DAVID B. GLICK, ETC. (B-15)
Burton I. Weinstein, Esq.
(Same as B-13)

TOBY GLICKMAN, ETC. (B-16)
Lawrence Walner, Esq.
Daniel A. Edelman, Esq.
Lawrence Walner & Associates
321 N. Clark, Suite 3150
Chicago, IL  60610

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 784 -- In re Suzuki Samurai Products Liability Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| U.S. ~~American~~ Suzuki Motor Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 B 13, 14, 15, 16 |
| Suzuki Motor Co., Ltd. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 B 13, 14, 15, 16 |
| Rogers and Associates | A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Key/Donna/Pearlstein | A-5, A-6, A-7, A-8, A-9, A-10, A-11 |